UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JUSTIN DEMOND DOTSON #86506                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:12CV307 TSL-JMR

KENYETTA McBRIDE; LEWIS MOORE;
and UNKNOWN DEPUTY                                      DEFENDANTS

_____

<u>**O R D E R**</u>

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge John M. Roper, and the court, having fully reviewed the report and recommendation of the United States magistrate judge entered in this cause on or about July 10, 2013, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge John M. Roper entered on July 10, 2013, be, and the same is hereby, adopted as the finding of this court.  The [35] motion to dismiss is granted, and this cause is dismissed without prejudice for failure of plaintiff to prosecute.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 2nd day of August, 2013.

/s/Tom S. Lee                        
UNITED STATES DISTRICT JUDGE